U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 04 2017

TONY R. MOORE, CLERK
BY _____
            DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JOSEPH E. RAINEY                    MISC. CASE NO. 17-mc-58

VERSUS                            JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY      MAGISTRATE JUDGE HANNA
LIMITED, ET AL

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Joseph E. Rainey, as Personal Representative and Derivative Claimant of the Estate of Johanne Rainey, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___4th___ day of April, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE